## THE BELVEDERE.

(Circuit Court of Appeals, Ninth Circuit. February 4, 1901.)

### No. 607.

SEAMEN—DETENTION BEYOND TERM OF SERVICE—NATURE OF ACTION FOR DAMAGES.

> An action by seamen who shipped for a whaling voyage, which, as stated in the shipping articles, was "not to exceed 12 months," for which they were to receive as compensation for their services a share of the proceeds of the voyage, to recover damages for their alleged wrongful detention by the master beyond the year, is one for breach of contract, and not for a tort.

Appeal from the District Court of the United States for the Northern District of California.

H. W. Hutton, for appellants.

D. T. Sullivan, for appellees.

Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

HAWLEY, District Judge. The principles involved in this case do not require any extended discussion. It is enough to say that we have examined the entire record as to the facts, and all the legal points raised by appellants, and our conclusions are that the district court did not err in treating the libel as an action to recover damages for breach of a contract, instead of for a tort, as contended for by appellants. And although the learned judge did not state in detail how he arrived at the conclusion that the libelants were entitled to the sum of $70 each, yet we are satisfied that in the light of all the circumstances testified to by the respective witnesses the amount was fair and reasonable, and was fully justified under the law and facts. We therefore adopt the opinion of the district court, as reported in The Belvedere, 100 Fed. 498, and, upon the reasons therein given, the decree of the district court is affirmed.